■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL A. BROWN, Appellant. [614 NYS2d 236] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Miller, J.), rendered April 17, 1992, convicting him of robbery in the second degree (three counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the court erred by refusing to give a missing witness charge with respect to two of the robbery victims is without merit. The court properly denied the request on the ground that the testimony would have been cumulative *(see, People v Gonzalez,* 68 NY2d 424; *People v Lucas,* 177 AD2d 599; *People v Morris,* 168 AD2d 464).

We have examined the defendant's contentions with respect

to the propriety of the sentence imposed and find that they are without merit (see, People v Suitte, 90 AD2d 80).

The defendant's remaining contention does not require reversal. Mangano, P. J., Thompson, O'Brien and Florio, JJ., concur.